Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

IN RE:   Melissa S. Reyes                          **Case No.:** 26-12695/ABA
                                                   **Chapter 13**

### NOTICE OF MOTION TO ALLOW 341(a) MEETING OF CREDITORS TO BE RESCHEDULED

**Hearing Date:** June 16, 2026 @ 10:00 am

To:     **Andrew B. Finberg**          **AND ALL CREDITORS**
        Cherry Tree Corporate Center   see attached service list
        535 Route 38, Suite 580
        Cherry Hill, NJ 08002

   **PLEASE TAKE NOTICE**, that on 16h day of June, 2026, at 10 o'clock A.M. the undersigned, attorney for Debtor, shall make application to this Honorable Court for an Order to Allow the 341(a) Meeting of Creditors to be Rescheduled.

   **PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Certification of Melissa S. Reyes, the arguments of counsel and such other and further proofs as may be adduced at the hearing hereof.

   **PLEASE TAKE FURTHER NOTICE** that the moving party believes that no brief is necessary in support of the within application due to the fact that the matter involves no complex issues of law or fact.

**PLEASE TAKE FURTHER NOTICE** that if you wish to contest the within Motion, you must file opposition with the office of the Clerk of the Bankruptcy Court, and serve the undersigned 7 days in advance of the aforesaid hearing, your responding papers stating with particularly the basis of your opposition to the within motion.  A copy of the proposed Order which is sought is enclosed with this motion.


**Dated:** May 19, 2026                             **/s/ Moshe Rothenberg, Esquire**
                                                    **Moshe Rothenberg, Esquire**
                                                    **Attorney for Debtor**