Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

---

### UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY

IN RE:    Melissa S. Reyes

Case No.: 26-12695/ABA
Chapter 13

### CERTIFICATION OF MELISSA S. REYES IN SUPPORT OF MOTION TO ALLOW 341(a) MEETING OF CREDITORS TO BE RESCHEDULED

I, Melissa S. Reyes, am the debtor in this case and I am authorized to make this certification in support of a motion to conduct my meeting of creditors by telephone. I certify that all statements made by me are true and correct and I am aware that if any statements are willfully false, I am subject to punishment for false swearing.

1. I filed a Chapter 13 bankruptcy on March 12, 2026 to save my home and to discharge my unsecured debts to the extent allowable under the law.

2. The original 341 hearing was scheduled for April 9, 2026, however the trustee would not hold the hearing because I had not provided all of the documents they requested.

3. I have now supplied most of the documents that were requested. I submitted proof of my food stamp income and a job offer letter my son recently received (I will submit his pay stub once he receives it). I believe the only outstanding item is proof of proof of income from Angelo Malloy, and he is working to get a letter from his employer outlining his income.

4. I therefore respectfully request that the Court allow the 341 hearing to be rescheduled.

I, Melissa S. Reyes, certify all statements made by me are true and correct and I am fully aware that if any statement is willfully false, I am subject to punishment for false swearing.

Dated: May 19, 2026

/s/Melissa S. Reyes
Melissa S. Reyes, Debtor