UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
880 E. Elmer Road
Vineland, New Jersey 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

Melissa S. Reyes

Case No.:    26-12695

Chapter:    13

Adv. No.:    N/A

Hearing Date:  6/16/2026 @ 10:00 a.m.

Judge:    Andrew B. Altenburg

**CERTIFICATION OF SERVICE**

1.    <u>I,</u> <u>Alyson Johnson.</u>:

☐    represent the _____ in the above-captioned matter.

☒    am the secretary/paralegal for <u>Moshe Rothenberg, Esq.</u> who represents the <u>Debtor</u> in the above-captioned matter.

☐    am the _____ in the above case and am representing myself.

2.    On <u>May 20, 2026,</u> I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

**Notice of Motion to Allow 341(a) Meeting of Creditors to be Rescheduled**

3.    I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:  <u>May 20, 2026</u>              <u>/s/Alyson Johnson</u>
                                           Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Andrew B. Finberg**<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002<br><br>**Matthew K. Fissel**<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106 | Chapter 13 Trustee<br><br><br><br><br><br>Counsel for AmeriHome Mortgage Company, LLC | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏E-Mail<br>☒Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |
| **Melissa S. Reyes**<br>33 Haverford Rd<br>Runnemede, NJ 08078-1723 | Debtor | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏E-Mail<br>❏Notice of ElectronicFiling (NEF)<br>❏Other_____<br>(as authorized by the court*) |
| **Affirm, Inc.**<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587<br><br>**Ally Capital**<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br><br>**Ally Capital c/o AIS Portfolio Services, LLC**<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118<br><br>**Ally Financial**<br>PO Box 380901<br>Bloomington, MN 55438-0901<br><br>**AmeriHome Mortgage Company, LLC**<br>9726 Old Bailes Rd, Ste 200<br>Fort Mill, SC 29707<br><br>**AMERIHOME MORTGAGE COMPANY, LLC c/o ServiceMac**<br>9726 Old Bailes Road, Suite 200<br>Fort Mill, SC 29707<br><br>**Capital One**<br>15000 Capital One Dr<br>Richmond, VA 23238-1119<br><br>**Capital One, N.A.**<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118 | Creditors | ❏Hand-delivered<br>☒Regular Mail<br>❏Certified mail/RR<br>❏E-Mail<br>❏Notice of Electronic Filing (NEF)<br>❏Other_____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| **Credit Collections**<br>725 Canton Street<br>Norwood, MA 02062<br><br>**FIG 20, LLC FBO SEC PTY**<br>PO Box 12225<br>Newark, NJ 07101-3411<br><br>**Internal Revenue Service**<br>PO Box 7346<br>Philadelphia, PA 19101-7346<br><br>**PSE&G**<br>PO Box 14444<br>New Brunswick, NJ 08906-4444<br><br>**State of New Jersey Division of Taxation**<br>3 John Fitch Way 5th floor<br>PO Box 245<br>Trenton, NJ 08695<br><br>**T Mobile/T-Mobile USA Inc**<br>by AIS Infosource, LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118<br><br>**Triborough Bridge and Tunnel Authority**<br>2 Broadway Floor 24<br>New York, NY 10004<br><br>**US Department of Education**<br>2401 International Ln<br>Madison, WI 53704-3121 | | |

*May account for service by fax or other means as authorized by the court through the issuance of an Order

Shortening Time.                                                                        *Rev. 5/14/12*