<table>
<tr><td>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1**<br><br>MATTHEW FISSEL, ESQUIRE<br>KML LAW GROUP, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106<br>215-627-1322<br>mfissel@kmllawgroup.com<br>Attorneys for Secured Creditor:<br>AMERIHOME MORTGAGE COMPANY, LLC</td></tr>
<tr><td>In Re:<br>Melissa S. Reyes aka Melissa S. Vogues<br>Debtor</td></tr>
</table>

**Order Filed on May 21, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 26-12695 ABA

Hearing Date: 5/13/2026@ 10 a.m.

Judge:  Andrew B. Altenburg Jr.

## ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 21, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

| | |
|---|---|
| Debtor: | Melissa S. Reyes aka Melissa S. Vogues |
| Case No.: | 26-12695 ABA |
| Caption: | **ORDER RESOLVING SECURED CREDITOR'S OBJECTION TO DEBTOR'S CHAPTER 13 PLAN** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, AMERIHOME MORTGAGE COMPANY, LLC, holder of a mortgage on real property located at 33 Haverford Avenue, Runnemede, NJ 08078, Matthew Fissel appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Moshe Rothengerg, Esquire, attorney for Debtor, , and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor will file a proof of claim prior to the proof of claim bar date; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor shall pay the arrearage claim of Secured Creditor in full, when filed; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor is to make post-petition payments in accordance with the terms of the note, mortgage, and notices of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Debtor reserves their right to object to Secured Creditor's proof of claim and notice of payment change; and

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 26-12695-ABA

Melissa S. Reyes                                                                     Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                      Page 1 of 1

Date Rcvd: May 21, 2026                     Form ID: pdf903                              Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2026:**

**Recip ID**              **Recipient Name and Address**
db                        Melissa S. Reyes, 33 Haverford Rd, Runnemede, NJ 08078-1723

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2026                              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2026 at the address(es) listed below:**

**Name**                        **Email Address**

Andrew B Finberg
                                courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Matthew K. Fissel
                                on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com,
                                matthew.fissel@brockandscott.com

Moshe Rothenberg
                                on behalf of Debtor Melissa S. Reyes moshe@mosherothenberg.com
                                alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com

U.S. Trustee
                                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4