UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

  Melissa S. Reyes

Order Filed on June 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:        26-12695

Chapter:         13

Adv. No.:        N/A

Hearing Date:  6/16/2026 @ 10:00 a.m.

Judge:           Andrew B. Altenburg

**ORDER TO ALLOW 341(a) MEETING OF CREDITORS TO BE RESCHEDULED**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 16, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
**Debtor:**   Melissa S. Reyes
**Case No.:**   26-12695/ABA
**Caption of Order:** Order to Allow 341(a) Meeting of Creditors to be Rescheduled

Upon the Application of Moshe Rothenberg, Esq., Counsel for Debtor, and for good cause shown, it is hereby;

**ORDERED** that the 341(a) Meeting of Creditors for Melissa S. Reyes may be rescheduled

**IT IS FURTHER ORDERED:**

1.      Within 10 days of the date of this Order, Debtor(s) shall reschedule the 341(a) Meeting of Creditors.

2.      In the event Debtor fails to comply with the terms of this Order and/or if Debtor(s) fails to appear at the rescheduled 341(a) Hearing, Debtor(s)' case shall be dismissed immediately upon the filing of a Certification of Noncompliance by the Chapter 13 Trustee.