UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

In Re:

 Melissa S. Reyes

**Order Filed on June 16, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:     26-12695

Chapter:      13

Adv. No.:     N/A

Hearing Date: 6/16/2026 @ 10:00 a.m.

Judge:        Andrew B. Altenburg

**ORDER TO ALLOW 341(a) MEETING OF CREDITORS TO BE RESCHEDULED**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: June 16, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
**Debtor:**    Melissa S. Reyes
**Case No.:**   26-12695/ABA
**Caption of Order:** Order to Allow 341(a) Meeting of Creditors to be Rescheduled

Upon the Application of Moshe Rothenberg, Esq., Counsel for Debtor, and for good cause shown, it is hereby;

**ORDERED** that the 341(a) Meeting of Creditors for Melissa S. Reyes may be rescheduled

**IT IS FURTHER ORDERED:**

1.      Within 10 days of the date of this Order, Debtor(s) shall reschedule the 341(a) Meeting of Creditors.

2.      In the event Debtor fails to comply with the terms of this Order and/or if Debtor(s) fails to appear at the rescheduled 341(a) Hearing, Debtor(s)' case shall be dismissed immediately upon the filing of a Certification of Noncompliance by the Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 26-12695-ABA |
| Melissa S. Reyes | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Jun 17, 2026 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Melissa S. Reyes, 33 Haverford Rd, Runnemede, NJ 08078-1723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026                      Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Matthew K. Fissel | on behalf of Creditor AMERIHOME MORTGAGE COMPANY  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Moshe Rothenberg | on behalf of Debtor Melissa S. Reyes moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4