## Signatures

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*.

I certify under penalty of perjury that the above is true.

Date: September 22, 2026 — /s/ Melissa S. Reyes
Debtor

Date: September 23, 2024 — /s/ Melisson
Joint Debtor

Date: September 22, 2026 — /s/ Moshe Rothenberg, Esq.
Attorney for the Debtor(s)