***OFFICE OF THE CHAPTER 13 STANDING TRUSTEE***
**Andrew B. Finberg, Esquire**
**Cherry Tree Corporate Center**
**535 Route 38, Suite 580**
**Cherry Hill, NJ 08002**
**(856) 663-5002**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden)**

| | |
|---|---|
| **IN RE:**<br><br>**MELISSA S. REYES**<br><br>**Debtor(s).** | Proceedings in Chapter 13<br><br>Case No. 26-12695 (ABA)<br><br>***CERTIFICATION IN SUPPORT OF ORDER DISMISSING CASE*** |

I, Andrew B. Finberg, am authorized to make this certification.

1. I am the Chapter 13 Standing Trustee for Region 3 pursuant to an order entered by the Office of the United States Trustee, United States Department of Justice.

2. I am personally familiar with the matters set forth herein and I am qualified to testify about them.

3. This Court has exclusive jurisdiction over this matter pursuant to 28 U.S.C. § 157 and 11 U.S.C. § 105.

4. Debtor filed for Chapter 13 bankruptcy protection on March 12, 2026.

5. On August 28, 2026, A Final Adjournment Order was entered by the Court adjourning Confirmation to October 14, 2026. Pursuant to the Order, Debtor shall provide the Trustee the following information no later than one (1) week prior to the scheduled hearing date:

- Provide Order Resolving Motion for Relief;
- Address secured proof of claim filed by FIG 20, LLC FBO SEC PTY that is not listed in the plan (Claim No. 6);
- Proof of income from Son when job starts;
- Amend Schedule I to list $400 per month from other son, along with contribution letter and proof of income.

In the event Debtor fails to comply with the Order, the case may be dismissed upon the filing of a certification of default and proposed order by the Trustee and the Court may enter that proposed Order prior to the Final Adjournment Date without further notice. If Debtor opposes the relief set forth in the Order or to dismissal of the case, Debtor must file a Certification in support of said obligation no later than October 7, 2026. In the event opposition is filed, Debtor and Debtor's counsel must appear at the Final Adjournment Date in person.

6. Debtor has not submitted a plan payment since July 9, 2026. Debtor is four months in plan arrears totaling $2,200. Debtor has not provided proof of income for son when job starts, nor has Amended Schedule I been filed to list $400 per month for other son, along with contribution letter and proof of income.

7. Debtor did not file opposition to the relief set forth in the Order entered August 28, 2026, seven (7) days prior to the Confirmation hearing.

8. Based on the foregoing, the Trustee cannot recommend confirmation of Debtor's case and respectfully requests the Court enter the Order Dismissing Case which is contemporaneously being electronically filed with the Court.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated: October 8, 2026

By: /s/ Andrew B. Finberg
Andrew B. Finberg
Chapter 13 Standing Trustee