Moshe Rothenberg, Esq.
Attorney at Law
880 E. Elmer Road
Vineland, NJ 08360
Phone: (856) 236-4374
Fax: (856) 405-6769
Attorney for Debtor(s)

---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**IN RE:** Melissa S. Reyes

**Case No:** 26-12695/ABA
**Chapter 13**

**CERTIFICATION OF MOSHE ROTHENBERG, ESQ. TO SEEK BALANCE OF ATTORNEY'S FEES FROM AVAILABLE FUNDS ON HAND**

I, Moshe Rothenberg, Esq., am the attorney for the debtor in this case and I possess sufficient knowledge to make this certification. I certify that all statements made by me are true and correct and I am aware that if any statements are willfully false, I am subject to punishment for false swearing.

1. I filed a Chapter 13 bankruptcy for the debtor on March 12, 2025.
2. An Order Dismissing Case was entered on October 8, 2026.
3. Our office was to be paid $4,310.00 through the Chapter 13 plan and our firm elected a flat fee permitted by D.N.J. 2016-5(b) and as a result we seek the balance of our attorney's fees from any available funds on hand with the Chapter 13 Trustee.
4. I respectfully submit this certification for the balance of the attorney's fees from any available funds on hand.

I, Moshe Rothenberg, Esq., certify that all statements made by me are true and correct and I am fully aware that if any statement is willfully false, I am subject to punishment for false swearing.

**Dated: October 9, 2026**

**/s/ Moshe Rothenberg, Esq.**
**Moshe Rothenberg, Esq.**
**Attorney for the Debtor**