Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 26−12695−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Melissa S. Reyes
aka Melissa S. Vogues
33 Haverford Rd
Runnemede, NJ 08078−1723

Social Security No.:
xxx−xx−8946

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/8/26.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 8, 2026
JAN: har

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 26-12695-ABA

Melissa S. Reyes Chapter 13

Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 08, 2026 | Form ID: 148 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| @ | Recipients marked '@' were noticed on Oct 24, 2026. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| @db | Melissa S. Reyes, 33 Haverford Rd, Runnemede, NJ 08078-1723 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 08 2026 21:46:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 08 2026 21:46:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 521217976 | ^ | MEBN | Oct 08 2026 21:43:13 | AMERIHOME MORTGAGE COMPANY, LLC c/o ServiceMac, 9726 Old Bailes Road, Suite 200, Fort Mill, SC 29707-7882 |
| 521063287 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2026 21:54:06 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 521038350 | + | EDI: AISACG.COM | Oct 09 2026 01:23:00 | Ally Capital, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521051930 | + | EDI: AISACG.COM | Oct 09 2026 01:23:00 | Ally Capital c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 521029273 | | EDI: GMACFS.COM | Oct 09 2026 01:22:00 | Ally Financial, PO Box 380901, Bloomington, MN 55438-0901 |
| 521029274 | ^ | MEBN | Oct 08 2026 21:43:46 | AmeriHome Mortgage Company, LLC, 9726 Old Bailes Rd, Ste 200, Fort Mill, SC 29707-7882 |
| 521029275 | | EDI: CAPITALONE.COM | Oct 09 2026 01:23:00 | Capital One, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 521044445 | + | EDI: AIS.COM | Oct 09 2026 01:23:00 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521029276 | + | EDI: CCS.COM | Oct 09 2026 01:23:00 | Credit Collections, 725 Canton Street, Norwood, MA 02062-2679 |
| 521209422 | | Email/Text: ar@figadvisors.com | Oct 08 2026 21:46:00 | FIG 20, LLC FBO SEC PTY, PO Box 12225, Newark, NJ 07101-3411 |
| 521029277 | | EDI: IRS.COM | Oct 09 2026 01:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 521323897 | | EDI: JEFFERSONCAP.COM | Oct 09 2026 01:23:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |

| | | | | |
|---|---|---|---|---|
| 521323898 | | EDI: JEFFERSONCAP.COM | Oct 09 2026 01:23:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617, Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 521029278 | ^ | MEBN | Oct 08 2026 21:42:02 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 521029279 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Oct 08 2026 21:45:00 | State of New Jersey Division of Taxation, 3 John Fitch Way 5th floor, PO Box 245, Trenton, NJ 08695 |
| 521047785 | + | EDI: AIS.COM | Oct 09 2026 01:23:00 | T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 521218214 | | Email/Text: bankruptcy@mtabt.org | Oct 08 2026 21:45:00 | Triborough Bridge and Tunnel Authority, 2 Broadway Floor 24, New York, NY 10004 |
| 521029280 | | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 08 2026 21:46:00 | US Department of Education, 2401 International Ln, Madison, WI 53704-3121 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Jennifer R. Gorchow | on behalf of Trustee Andrew B Finberg jgorchow@standingtrustee.com |
| Matthew K. Fissel | on behalf of Creditor AMERIHOME MORTGAGE COMPANY LLC bkgroup@kmllawgroup.com |
| Moshe Rothenberg | on behalf of Debtor Melissa S. Reyes moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6